Dennis J. Walsh, Esq., State Bar No. 106646
LAW OFFICES OF DENNIS J. WALSH, APC
16633 Ventura Boulevard, Suite 1210
Encino, California 91436
Telephone Number: (818) 986-1776
Facsimile Number: (818) 382-2071
EMAIL:    djwalsh@djwalshlaw.com

Attorneys for Defendants, PLVTZ, LLC,
dba Levitz, Furniture; Levitz Furniture, LLC

*E-FILED - 5/3/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| DEREK LINDSAY,<br><br>        Plaintiff,<br><br>vs.<br><br>PLVTZ, LLC, dba LEVITZ FURNITURE; LEVITZ FURNITURE, LLC,<br><br>        Defendants. | Case Number: **07-00532-RMW**<br>***Order Granting***<br>REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>CMC Date:    May 4, 2007<br>Time:             10:30 a.m.<br>Courtroom:   6 |

TO THE HONORABLE RONALD M. WHYTE, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COME NOW defendants PLVTZ, LLC, dba LEVITZ FURNITURE and LEVITZ FURNITURE, LLC (collectively "defendants") and request that their counsel, Dennis J. Walsh, Esq., be permitted to telephonically attend the May 4, 2007 Case Management Conference.

Said request is based upon the following grounds:

1. Counsel's office is located in Encino, California (Southern California)
2. Counsel is currently in trial in the United States District Court with the Honorable A. Howard Matz. Case name is *Aracely Mora v. Raghu Mathur*, Case No. CV 03-173-AHM (VBKx) located at 312 N. Spring Street. Los

Angeles, California.

3. The case should go to the jury by Wednesday afternoon or Thursday morning.

4. However, counsel needs to be present or readily available during jury deliberations to answer any questions the jury may have during deliberations.

DATED: April 30, 2007           LAW OFFICE OF DENNIS J. WALSH, APC

By: _____
DENNIS J. WALSH, ESQ.
Attorneys for Defendants, PLVTZ, LLC,
dba Levitz, Furniture; Levitz Furniture, LLC

~~PROPOSED~~ ORDER

**IT IS HEREBY ORDERED**, Attorneys for Defendants, PLVTZ, LLC, dba Levitz, Furniture; Levitz Furniture, LLC, may appear telephonically for the Case Managements Conference scheduled to be heard on Friday, May 4, 2007 AT 10:30 a.m..

IT IS SO ORDERED.

DATED: __5/3/07__, 2007         *Ronald M. Whyte*
                                 Honorable RONALD M. WHYTE

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

On **April 30, 2007**, I served the document described as REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE, on the interested parties in this action, as follows:

Robert David Baker, Esq.
1611 The Alameda
San Jose, CA 95126
Telephone Number:  (408) 292-8555
Facsimile Number:  (408) 292-0703
Counsel for Plaintiff, Derek Lindsay

xx   (BY UNITED STATES MAIL). I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

(BY FEDERAL EXPRESS) I caused such envelope(s) to be delivered by air courier, with next day service.

(STATE). I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

xx   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on April 30, 2007, at Encino, California.

*Adreana Rutter*
Adreana Rutter